| Fill in this information to identify the case: |
|---|

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

<u>Official Form 201</u>
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | ARC-V, Inc. |
|---|---|---|

| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
|---|---|---|

| 3. | Debtor's federal Employer Identification Number (EIN) | 83-2407610 |
|---|---|---|

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3808 Beverly Ridge Drive**<br>**Sherman Oaks, CA 91423**<br>Number, Street, City, State & ZIP Code | <br><br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business<br><br>Number, Street, City, State & ZIP Code |

| 5. | Debtor's website (URL) | |
|---|---|---|

| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |
|---|---|---|

Debtor    ARC-V, Inc.    Case number (*if known*)
_____
Name

---

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

---

**8.  Under which chapter of the
Bankruptcy Code is the
debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

   ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)
     are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small
     business debtor, attach the most recent balance sheet, statement of operations, cash-flow
     statement, and federal income tax return or if all of these documents do not exist, follow the
     procedure in 11 U.S.C. § 1116(1)(B).

   ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to
     proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in
     accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and
     Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the
     *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11*
     (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9.  Were prior bankruptcy
cases filed by or against
the debtor within the last 8
years?**
If more than 2 cases, attach a
separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    ARC-V, Inc.    Case number (*if known*)
          Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | ARC-IV, LLC | | | Relationship | |
|---|---|---|---|---|---|
| District | Central District of California | When | 7/08/25 | Case number, if known | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

          Contact name _____

          Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **ARC-V, Inc.**    Case number (*if known*)
Name

**16.  Estimated liabilities**
☐ $0 - $50,000                    ■ $1,000,001 - $10 million            ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000             ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million          ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million         ☐ More than $50 billion

Debtor    ARC-V Inc.
Name                                                          Case number (if known)

Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct

Executed on    07/08/2025
                MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Brian Cronin
Printed name

Title    President

**18. Signature of attorney**

X _____    Date 07/08/2025
Signature of attorney for debtor                    MM / DD / YYYY

Michael Jay Berger
Printed name

Law Offices of Michael Jay Berger
Firm name

9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
Number, Street, City, State & ZIP Code

Contact phone    (310) 271-6223    Email address    michael.berger@bankruptcypower.com

100291 CA
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | ARC-V, Inc. |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Access Healthcare Services USA LLC 4300 Alpha Rd. Ste. 200 Dallas, TX 75244 | | Vendor | Disputed | | | $211,492.34 |
| Amoena USA Corporation 1000 Cobb Place Blvd., Ste 200 Kennesaw, GA 30144 | | Vendor | | | | $15,609.54 |
| ARC-1, LLC 101 Madison Plaza Hattiesburg, MS 39402 | | Judgment Debt to Insider | | | | $4,342,983.00 |
| Azadegan Law Group 9100 Wilshire Blvd. #710e Beverly Hills, CA 90212 | | Legal fees | Disputed | | | $30,000.00 |
| Buchalter Nemer APC 1000 Wishire Blvd. Ste. 1500 Los Angeles, CA 90017 | | Legal fess | Disputed | | | $76,092.25 |
| Bulldog Tools, Inc. 4140 US Route 40 East Lewisburg, OH 45338 | | Vendor | | | | $15,010.96 |
| Cascade Orthopedic Supply Inc. PO Box 735376 TX 75537-3000 | | Vendor | | | | $224,946.65 |

| Debtor | ARC-V, Inc. | | | | Case number *(if known)* | | |
| | Name | | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **City National Bank** 555 S. Flower Street Los Angeles, CA 90071 | | Loan | | | | $25,000.00 |
| **DIGME Networking Resources** 5500 Persimmon Ave Temple City, CA 91780 | | Vendor | | | | $75,010.67 |
| **Ferraco Family Trust** c/o Thompson Hine LLP Attn: Eric S. Engel, esq 2049 Century Park East Ste. 3500 Los Angeles, CA 90067 | | Judgment #21GDCV00218; UCC Financing #U240041227020 | Disputed | $934,878.83 | $0.00 | $934,878.83 |
| **Fisher & Phillps LLP** PO Box 301018 Los Angeles, CA 90030 | | Legal Feees | | | | $19,333.91 |
| **Global Virtuoso, inc.** Level 24 Robinsons Cyberscape Beta Topaz and Ruby Rods, Ortigas Center 1605 Pasig Philippines | | Vendor | | | | $14,960.00 |
| **Joel Bernknopf & John Lamorte** c/o Druven PC Attn: Jeffrey C. Mayes, Esq. 1925 Century Park East, Ste]. 1700 Los Angeles, CA 90067 | | Abstract Judgment; case # 21STCV43430; UCC Financing U250128076326 UCC Financing | Disputed | $750,000.00 | $0.00 | $750,000.00 |
| **Legacy Health** 500 Westover Dr. Ste. 10064 Sanford, NC 27330 | | Vendor | Disputed | | | $145,985.48 |
| **Nymbl Systems** 2164 Vixen St. NW OH 44722 | | Vendor | | | | $22,567.50 |
| **Orthomerica Products** PO Box 607129 Orlando, FL 32860 | | Vendor | | | | $77,260.86 |

Debtor    ARC-V, Inc.                                                    Case number *(if known)*
            Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Otto Bock Healthcare LP 29168 Network Place Chicago, IL 60673 | | Vendor | | | | $92,874.00 |
| PMT Corporation PO Box 610 Chanhassen, MN 55317 | | Vendor | | | | $19,008.93 |
| Proteor USA LLLC PO Box 51599 Los Angeles, CA 90051 | | Vendor | | | | $22,945.67 |
| Salisian Lee LLP 550 S. Hope St., Ste. 750 Los Angeles, CA 90071 | | Legal fees | Disputed | | | $218,673.72 |

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows  (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof  If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, a general partner in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows  (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding  the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof  If none, so indicate  Also  list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    ARC-IV, LLC, Chapter 11, filed in Central District of California

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days  (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate  Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  **Sherman Oaks**                          , California.

Date:        **07/08/2025**

**Brian Cronin**
Signature of Debtor 1


Signature of Debtor 2

This form is mandatory  It has been approved for use in the United States Bankruptcy Court for the Central District of California

October 2018                                        Page 1        F 1015-2.1.STMT.RELATED.CASES

Attorney or Party Name, Address, Telephone & FAX Nos., FOR COURT USE ONLY
State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

☐  Debtor(s) appearing without an attorney

■  Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re

    ARC-V, Inc.

                             Debtor(s).

CASE NO.

CHAPTER 11

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

[LBR 1007-1(a)]

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __15__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 7/9/2025

Signature of Debtor 1

Date:

Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 7/8/2025

Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

F 1007-1.MAILING.LIST.VERIFICATION

ARC-V, Inc.
3808 Beverly Ridge Drive
Sherman Oaks, CA 91423


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Access Healthcare Services USA LLC
4300 Alpha Rd. Ste. 200
Dallas, TX 75244


Alimed, Inc.
PO Box 206417
Dallas, TX 75320


Allard USA
300 Forge Way Set. 3
Rockaway, NJ 07866


Allied Plastic Supply, LLC
PO Box
641052
Dallas, TX 75264


Americal Breast Care LP
2140 New Market Pkwy Se. Ste. 122
Marietta, GA 30067


American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

Amoena USA Corporation
1000 Cobb Place Blvd., Ste 200
Kennesaw, GA 30144


Anital International Corp
3540 NW 56th St. Ste. 204
Fort Lauderdale, FL 33309


Apis Footwear Company
2239 Tyler Ave.
South El Monte, CA 91733


ARC-1, LLC
101 Madison Plaza
Hattiesburg, MS 39402


ARC-1, LLC
c/o Vaughn Law Offices, PLLC
Attn: Zachary M. Vaughn
404 Hemphill ST


ARC-IV, LLC
3808 Beverly Ridge Drive
Sherman Oaks, CA 91423


Arizona AFO Inc.
PO Box 29426
Phoenix, AZ 85038


ARTech Lap
309 W. Ave. F
Midlothian, TX 76065

AT&T 3062
PO Box 5014
Carol Stream, IL 60197


Azadegan Law Group
9100 Wilshire Blvd. #710e
Beverly Hills, CA 90212


Benik Corporation
11871 Silverdale Way NW #107
Silverdale, WA 98383


Boston O&P
20 Ledin Dr.
Avon, MA 02322


Bragel International Inc.
3383 Pomana Blvd.
Pomona, CA 91768-6000


Breg, Inc.
PO Box 849991
Dallas, TX 75284


Brian M. Cronin
3808 Beverly Ridge Drive
Sherman Oaks, CA 91423


Brightree LLC
PO Box 101513
Atlanta, GA 30392-1513

Brightree Patient Collections
PO Box 101382
Atlanta, GA 30392


Buchalter Nemer APC
1000 Wishire Blvd. Ste. 1500
Los Angeles, CA 90017


Bulldog Tools, Inc.
4140 US Route 40 East
Lewisburg, OH 45338


CA 4-14 Fund, LLLC
PO Box 82695
Goleta, CA 93118


Caine & Weiner
PO Box 55848
Sherman Oaks, CA 91413


Cal-Counties Fire Protection
908 W. 9th St.
Upland, CA 91786


Calsak Plastics
19801 S. Rancho Way Unit B
Compton, CA 90220


Capital Recovery Corporation
PO Box 1008
Alpharetta, GA 30009

Cascade Orthopedic Supply Inc.
PO Box 735376
TX 75537-3000


Century Link-LB
PO Box 52187
Phoenix, AZ 85072


Cintas Corporation
PO Boc 29059
Phoenix, AZ 85038


City National Bank
555 S. Flower Street
Los Angeles, CA 90071


City of Long Beach
411 W. Ocean Blvd.,
Long Beach, CA 90802


City of Long Beach
PO Box 630
Long Beach, CA 90842


Classique
12277 S.W. 55th St. Ste. 905
Fort Lauderdale, FL 33330


County of Los Angeles
255 North Hill R. 122
PO Box 514818
Los Angeles, CA 90015

Daw Industries
6610 Nancy Ridge Dr.
San Diego, CA 92121


DIGME Networking Resources
5500 Persimmon Ave
Temple City, CA 91780


Empire Medical
2009 Commerce Dr.
Medford, OR 97504


Escobar Mario dba Mario Shoes
c/o Nagashima Lee P.C.
21250 Hawthorne Blvd. Ste. 500
Torrance, CA 90503


Essentially Women
PO Box 2817
Waterloo, IA 50704


Fabtech Systems
PO Box 2247
Everett, WA 98213


Ferraco Family Trust
c/o Thompson Hine LLP
Attn: Eric S. Engel, esq
2049 Century Park East Ste. 3500
Los Angeles, CA 90067


Ferraco Family Trust
c/o Thompson Hine LLP
Attn: Chelsea Bernard, Esq.
2049 Century Park East Ste. 3500
Los Angeles, CA 90067

Fillaur, LLC
PO Box 415000 MSC 30352
Nashville, TN 37241


Fisher & Phillps LLP
PO Box 301018
Los Angeles, CA 90030


Franchise Tax Board
Bankruptcy Section, MS: A-340
P O Box 2952
Sacramento, CA 95812-2952


Friddles Orthopedic Applicances
PO Box 799
Gloucester, VA 23061


Geek Squad Inc.
1448 Lawrenece Ave East
Tornto, ON M4A 2V6


Global Virtuoso, inc.
Level 24 Robinsons Cyberscape Beta
Topaz and Ruby Rods,
Ortigas Center 1605 Pasig
Philippines


Golier Leather Co., Inc.
1580 Saratoga Ave. Unit A
Ventura, CA 93003


Grove Ave LP
c/o Shapco Inc.
1666 20th St. Ste. 100
Santa Monica, CA 90404

Home Depot
PO Box 9001030
Louisville, KY 40290


Human Designs Prosthetics & Ortho
3808 Beverly Ridge Drive
Sherman Oaks, CA 91423


Ingenium Software LLC
PO Box 170
Madison, GA 30650


iPrint Technologies
980 Magnolia Ave. ste. 5
Larkspur, CA 94939


Irving Koerite
163 Odebolt Dr.
Thousand Oaks, CA 91360


Jodee Inc.
3100 N. 29 Ave
Hollywood, FL 33020


Joel Bernknopf & John Lamorte
c/o Druven PC
Attn: Jeffrey C. Mayes, Esq.
1925 Century Park East, Ste]. 1700
Los Angeles, CA 90067


Juzo
PO Box 1088
Cuyahoga Falls, OH 44223

Kinetic Research
126 E. Chapman Rd.
Lutz, FL 33549-8106


Legacy Health
500 Westover Dr. Ste. 10064
Sanford, NC 27330


LML Accounting & Consuting Services
3419 Via Lido #648
Newport Beach, CA 92663


Luis Gonzalez
5648 California Ave
Long Beach, CA 90806


M.J. Markell Shoes
PO Box 426
504 Saw Mill River Rd.
Yonkers, NY 10702


Maquinsal
411 S. Main St.
Santa Ana, CA 92701


Matplus
76 Burton St.
Painesville, OH 44077


McMaster-Carr
PO Box 7690
Chicago, IL 60680

MD Orthopaedics
604 North Parkway St.
Wayland, IA 52654


Medex International, Inc.
PO Box 21
Kensington, MD 20895


Medline Industries
Dept LA 21558
Pasadena, CA 91185


Naked Prosthetics
614 4th Ave E.
Olympia, WA 98501


Nearly Me Technologies
PO Box 21475
Waco, TX 76702


Norman Bautista EA LLC
c/o Edward Cosmo Ho, Esq.
12800 Center Court Dr. S Ste. 300
Cerritos, CA 90703


Nymbl Systems
2164 Vixen St. NW
OH 44722


On & Off-Site Shredding Services
12329 Gladstone Ave
Sylmar, CA 91342

OrthoFeet
335 Chestnut St.
Norwood, NJ 07648


Orthomerica Products
PO Box 607129
Orlando, FL 32860


Orthotic & Prosthetic Equipment
Hialeah, FL 33012


Otto Bock Healthcare
LP 29168 Network Place
Chicago, IL 60673


Ovation Medical
PO Box 745846
Los Angeles, CA 90074


Paper Cuts Inc.
640 Jessie St.
San Fernando, CA 91340


Pedorthis Laboratory
21500 Woodlawn Ave.
Tustin, CA 92780


Perfectly Clean Janitorial Service
935 S. Idaho St.
La Habra, CA 90631

PMT Corporation
PO Box 610
Chanhassen, MN 55317


Point Health Ctrs America
PO Box 2817
Waterloo, IA 50704


Presision Servicse Group
15201 Woodlawn Ave
Tustin, CA 92780


Proteor USA LLLC
PO Box 51599
Los Angeles, CA 90051


Quill Corporation
PO Box 37600
Philadelphia, PA 19101


Rehabilitation Tec Components
400 Walker St. STe 2
Fairview, NJ 07022


Ricoh USA INc.
POBox 41602
Philadelphia, PA 19101


Rodval Janitoria
3655 Senasac Ave
Long Beach, CA 90808

Salisian Lee LLP
550 S. Hope St., Ste. 750
Los Angeles, CA 90071


Santoni
20322 Windrow Dr. 200
Lake Forest, CA 92630


SC Edison
PO Box 600
Rosemead, CA 91771


Shred Confidential Inc
1198 PCH Ste. D246
Seal Beach, CA 90740


Shutts  & Bowen
200 S. Biscaynbe Blvd. Ste. 4100
Miami, FL 33131


Simple Orthotics Inc
9960 Indiana Ste. 15
Riverside, CA 92503


Spectrum LB
PO Box 60229
Los Angeles, CA 90060


Spinal Technology Inc.
191 Mid Tech Dr. West
West Yarmouth, MA 02673

SPIO
25826 108th Ave SE
Kent, WA 98030


Staples
PO Box 105638
Atlanta, GA 30348


The Bamboo Brace
PO Box 58518
Salt Lake City, UT 84158


Titus Talent Strategies, LLC
PO Box 88941
Milwaukee, WI 53288


Townsend Thuasne Design
4615 Shepard St.
Bakersfield, CA 93313


Tredway, Lumsdaine & Doyle LLP
3900 Kilroy Airport Way Ste. 240
Long Beach, CA 90806


Trulife
PO Box 89
Jackson, MI 49204


UNYQ
c/o Complete Business Solutions Gro
22 N. 3rd St.
Philadelphia, PA 19106

VQ Orthocare
18011 Mitchell South Ste. A
Irvine, CA 92614


White Mechanical Inc.
23601 Ridge Re. Dr. Ste. B
Laguna Hills, CA 92653